# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

* * *

| | |
|---|---|
| EDWARD MOTLEY, ) | |
| ) | |
| Plaintiff(s), ) | 2:08-CV-01423-RLH-VPC |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| J. SMITH, *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

Before this Court is the Report and Recommendation of United States Magistrate Judge (#15, filed July 30, 2009), entered by the Honorable Valerie P. Cooke regarding the screening of Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(a). Objections (#19, filed September 28, 2009) were filed to Magistrate Judge Cooke's Report and Recommendation of United States Magistrate Judge in accordance with Local Rule 72-304(b) of the Rules of Practice of the United States District Court for the Eastern District of California, and the matter was submitted for consideration.

The court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C), and Local Rules 72-303 and -304, and determines that the Report and Recommendation of Magistrate Judge Cooke are not clearly erroneous nor contrary to law, and should be accepted and adopted.

/ /

/ /

1

1    IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-
2 tion (#15, entered July 30, 2009) is ACCEPTED and ADOPTED and Plaintiff's claims are
3 permitted to proceed, or dismissed, as stated therein.
4    Dated: October 26, 2009.

```
                                    _____
                                    ROGER L. HUNT
                                    Chief U.S. District Judge
```