IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDWARD MOTLEY,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. SMITH, et al.,**<br><br>　　　　　　　　　Defendants. | No. 2:08-cv-01423 RLH-VPC (PC)<br><br>**[Proposed] ORDER GRANTING DEFENDANTS THIRTY-DAY EXTENSION TO RESPOND TO COMPLAINT** |

　　　Good cause appearing, the application of Defendants Beasley, Callison, Chapman, Craddock, Kemp, McGrath, McGuire, Peddicord, Smith, Wagner, and Wright, for a thirty-day extension to file their response to the complaint is granted.

　　　Defendants shall respond to the complaint on or before April 8, 2010.

Dated: March 11, 2010

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Valerie P. Cooke
　　　　　　　　　　　　　　　　　　　　　　　　Valerie P. Cooke
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1