# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

EDWARD MOTLEY,

        Plaintiff,             Case No. 2:08-CV-01423-RLH-VPC

  vs.

J. SMITH, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                               /         **AD TESTIFICANDUM**

        EDWARD MOTLEY, inmate #H-56441, a necessary and material witness in proceedings in this case on June 23, 2010, is confined in California State Prison, Sacramento (290066), P.O. Box 290066, Represa, CA 95671-0066, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear by tele-conferencing at California State Prison on **Wednesday, July 14, 2010** at **10:00 a.m.**

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by tele-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, California State Prison, Sacramento, P.O. Box 290066, Represa, CA 95671-0066:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 23, 2010

                               _Valerie P. Cooke_

                              VALERIE P. COOKE
                              UNITED STATES MAGISTRATE JUDGE