## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

EDWARD MOTLEY,

       Plaintiff,                      Case No. 2:08-CV-01423-RLH-VPC

vs.

J. SMITH, et al.,

       Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
                                     /            **AD TESTIFICANDUM**

       EDWARD MOTLEY, inmate #H-56441, a necessary and material witness in proceedings in this case on June 24, 2010, is confined in California State Prison, Sacramento (290066), P.O. Box 290066, Represa, CA 95671-0066, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear by tele-conferencing at California State Prison on **Wednesday, July 14, 2010** at **10:00 a.m.**

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by tele-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, California State Prison, Sacramento, P.O. Box 290066, Represa, CA 95671-0066:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by tele-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: June 24, 2010

                                                            */s/ Valerie P. Cooke*
                                                            _____
                                                            VALERIE P. COOKE
                                                           UNITED STATES MAGISTRATE JUDGE