**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA

EDWARD MOTLEY,

        Plaintiff,                Case No. 2:08-CV-01423-RLH-VPC

  vs.

J. SMITH, et al.,

        Defendants.       **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

        EDWARD MOTLEY, inmate #H-56441, a necessary and material witness in proceedings in this case on July 21, 2010, is confined in Salinas Valley State Prison, P.O. Box 1020, Soledad, California 93960, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear by tele-conferencing at Salinas Valley State Prison on **Wednesday, October 6, 2010** at **9:00 a.m.**

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by tele-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Salinas Valley State Prison, P.O. Box 1020, Soledad, California 93960:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by tele-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 21, 2010

_____
VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE