1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8            FOR THE DISTRICT OF CALIFORNIA

9                 SACRAMENTO DIVISION

10                        * * *

11   EDWARD MOTLEY,                    )
                                       )
12                 Plaintiff(s),       )        2:08-CV-01423-RLH-VPC
                                       )
13          vs.                        )        **O R D E R**
                                       )
14   J. SMITH, *et al.*,               )
                                       )
15                 Defendant(s).       )
     _____)

16

17          Before this Court is the Report and Recommendation of United States Magistrate

18   Judge (#44, filed July 19, 2010), entered by the Honorable Valerie P. Cooke, amending or correcting

19   a previous Report and Recommendation (#15), which the District Judge adopted (#20).  No

20   objection was filed to Magistrate Judge Cooke's second Report and Recommendation of United

21   States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United

22   States District Court for the District of Nevada, and the matter was submitted for consideration.

23          The Court has conducted a *de novo* review of the record in this case in accordance

24   with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and

25   Recommendation of Magistrate Judge (#44) should be accepted and adopted.

26   / / / /

                                          1

1    IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-

2  tion (#44, entered July 19, 2010) is ACCEPTED and ADOPTED, and Magistrate Judge Cooke's

3  prior Report and Recommendation (#20) is amended as recommended.

4    Dated:    August 10, 2010.

5

6  _____

7  **ROGER L. HUNT**
   **Chief U.S. District Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26