KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DAVID A. CARRASCO, State Bar No. 160460
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Beasley, Callison, Chapman, Craddock, Kemp, McGarth, McGuire, Peddicord, Rausch, Smith, Wagner, and Wright*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **EDWARD MOTLEY,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**J. SMITH, et al.,**<br><br>                              Defendants. | No. 2:08-cv-01423 RLH-VPC<br><br>**STIPULATION FOR FORTY-DAY EXTENSION FOR PLAINTIFF TO FILE HIS OPPOSITION TO MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT AND PROPOSED ORDER** |

On March 11, 2011, Defendants filed their motion to dismiss and motion for summary judgment. (ECF No. 63.) Under Local Rule 230(l), Plaintiff's opposition is due on or before April 1.

Plaintiff requires more time to prepare his opposition because of a prison lockdown and his limited access to the prison's law library. (Ex. A.) Defendants do not object to Plaintiff's request.

1

Accordingly, the parties stipulate to a forty-five day extension for Plaintiff to file his opposition to Defendants' motions to dismiss and for summary judgment. The opposition is now due on or before May 17, 2011.

IT IS SO STIPULATED.

Dated:  March 28, 2011

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DAVID A. CARRASCO
Supervising Deputy Attorney General

*/s/ Diana Esquivel*

DIANA ESQUIVEL
Deputy Attorney General
*Attorneys for Defendants*

Dated:  March 28, 2011

*/s/ Edward Motley*

Edward Motley[1]
*Plaintiff pro se*

SA2010300327
31228487.doc

# ORDER

Based on the parties' stipulation and good cause appearing, Plaintiff shall file his opposition to Defendants' motions to dismiss and for summary judgment (ECF No. 63) on or before May 17, 2011.

IT IS SO ORDERED.

Dated:  March 28, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Because of his incarceration and need to timely file this stipulation, counsel could not obtain Plaintiff's signature. His agreement to the stipulation is documented in Exhibit A.

2

Stipulation for 45-Day Extension for Plaintiff to File Opposition to Motions to Dismiss and for Summary Judgment (2:08-cv-01423 RLH-VPC)

# Exhibit A

EDWARD MOTLEY #H56441
PO BOX - 1050 (BI-111)
SOLEDAD, CA. 93960

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD MOTLEY, <br> PLAINTIFF, <br> V <br> J. SMITH et. al., <br> DEFENDANTS. | CASE NO. 2:08-CV-01423 RLH-VPC <br> PLAINTIFF'S REQUEST FOR STIPULATION TO AN ADDITIONAL 45 DAYS TO RESPOND TO DEFENDANT'S MOTIONS TO DISMISS/SUMMARY JUDGEMENT. |

IN RECEIPT OF DEFENDANT'S RECENT MOTIONS PLAINTIFF RESPECTFULLY REQUESTS AN ADDITIONAL 45 DAYS TO RESPOND.
    DUE TO THE 24 HOUR LOCKDOWN AND ONLY 2 HOURS OF LAW LIBRARY ACCESS A WEEK PLAINTIFF FEELS THAT 45 DAYS EXTRA SHOULD BE SUFFICIENT FOR HIM TO RESEARCH TO RELEVENT LAWS/RULES SO THAT HE CAN FILE A PROPER RESPONSE.

DATED: 3/15/11                                /s/ Edward Motley

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   *Edward Motley v. J. Smith, et al.*
Case No.:    2:08-cv-1423 RLH-VPC

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 28, 2011**, I served the attached

**STIPULATION FOR FORTY-DAY EXTENSION FOR PLAINTIFF TO FILE HIS OPPOSITION TO MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT AND PROPOSED ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

>   Edward Motley (H-56441)
>   Salinas Valley State Prison
>   P.O. Box 1050
>   Soledad, CA  93960-1050
>   *In pro per*

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on March 28, 2011, at Sacramento, California.

|  |  |
|---|---|
| D. Jones | */s/ D. Jones* |
| Declarant | Signature |

1

Stipulation for 45-Day Extension for Plaintiff to File Opposition to Motions to Dismiss and for Summary Judgment (2:08-cv-01423 RLH-VPC)